IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL FEIERTAG, *et al.*, | : |
| | :    Case No. 14-CV-2643 |
| Plaintiffs, | : |
| | :    JUDGE ALGENON L. MARBLEY |
| v. | : |
| | :    Magistrate Judge Jolson |
| DDP HOLDINGS, LLC d/b/a APOLLO RETAIL SPECIALISTS, LLC, | : |
| | : |
| Defendant. | : |

## ORDER

    Before the Court is parties' Stipulation to Stay FCRA Proceedings Pending Preliminary Settlement Approval (Doc. 101). The parties jointly request a formal stay of litigation, including all pending motions, in the above-styled matter pending filing a motion for preliminary settlement approval pursuant to Fed. R. Civ. P. 23(e). The Court has considered the parties' request and, for good cause shown, hereby **GRANTS** it. This action is **STAYED** until October 31, 2016.

    **IT IS SO ORDERED**.

s/Algenon L. Marbley
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATE: September 21, 2016**

1