IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL FEIERTAG, *et al.*, | : | Case No. 2:14-cv-2643 |
| | : | |
| Plaintiffs, | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| v. | : | Magistrate Judge Deavers |
| | : | |
| DDP HOLDINGS, LLC d/b/a APOLLO RETAIL SPECIALISTS LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff's Motion for an Award of Costs and Class Representative Service Award came before this Court on May 5, 2017. The proposed settlement in this case was preliminarily approved by this Court on February 15, 2017 (ECF No. 110). Pursuant to the Court's Preliminary Approval Order and the Notice provided to the Class, on June 26, 2017, the Court conducted a final fairness hearing as required by Federal Rule of Civil Procedure 23(e). The Court reviewed the materials submitted by the parties and heard arguments presented by counsel at the hearing. For the reasons cited on the record as well as those stated hereafter, the Court finds and orders as follows:

1. The Court hereby grants Motion for an Award of Costs and Class Representative Service Award. The requested amounts are fair and reasonable.

2. The Court approves a Class Representative Service payment in the amount of $250.00 to Plaintiff Demetrius Swink.

1

3. The application for reimbursement of litigation expenses and costs in the amount of $1856.73.00 is granted.

**IT IS SO ORDERED.**

_____
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

Dated: June 26, 2017